```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
KARIM GOLDING,                                              :
                              Plaintiff,                    :
                                                            :
              -against-                                     :      20-CV-8679 (VSB)
                                                            :
DHS/ICE, et al.,                                            :           ORDER
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

  On March 22, 2021, Defendants filed a motion to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). (Doc. 38.) Under Federal Rule of Civil Procedure 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby:

  ORDERED that Plaintiff shall file any amended complaint by April 12, 2021. It is unlikely that Plaintiff will have a further opportunity to amend.

  IT IS FURTHER ORDERED that if no amended complaint is filed, Plaintiff shall serve any opposition to the motion to dismiss by April 21, 2021. Defendants' reply, if any, shall be served by May 5, 2021. At the time any reply is served, the moving party shall supply Chambers with two courtesy copies of all motion papers pursuant to my Individual Rules.

  IT IS FURTHER ORDERED that the Clerk of Court shall mail a copy of this Order to pro se Plaintiff.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/2021

SO ORDERED.

Dated: March 23, 2021
       New York, New York

                                          Vernon S. Broderick
                                          United States District Judge