UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
KARIM GOLDING,                                              :
:
                              Plaintiff,                    :
:
                      -against-                             :
:
DHS/ICE, et al.,                                           :
:
                              Defendants.                   :
:
------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: ___7/12/2021___

20-CV-8679 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

Plaintiff filed this action pro se and is proceeding in forma pauperis. Defendant moved to dismiss the operative pleadings on March 22, 2021. (Doc. 38). On April 8, Plaintiff moved for appointment of counsel, (Doc. 43), but now appears to be seeking counsel with the help of an attorney representing him in a capacity separate from this action, (Doc. 46). Given this, Plaintiff's motion for appointment of counsel is denied without prejudice. Plaintiff is directed to inform the Court via letter no later than August 1, 2021 regarding whether he has been able to locate counsel.

The Clerk of Court is respectfully directed to mail a copy of this order to pro se Plaintiff and to Elizabeta Markuci, New York Lawyers for the Public Interest, Inc., 151 West 30th Street 11th Floor, New York, NY 10001.

SO ORDERED.

Dated:    July 12, 2021
          New York, New York

_____
VERNON S. BRODERICK
United States District Judge