```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
KARIM GOLDING,                                              :
                                                            :
                              Plaintiff,                    :
                                                            :       19-CV-8679 (VSB)
              -against-                                     :
                                                            :            ORDER
DHS/ICE, et al.,                                            :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/2021

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action pro se and is proceeding in forma pauperis. Defendant moved to dismiss the operative pleadings on March 22, 2021. (Doc. 38). On April 8, Plaintiff moved for appointment of counsel, (Doc. 43), but now appears to be seeking counsel with the help of an attorney representing him in a capacity separate from this action, (Doc. 46). Given this, I previously denied Plaintiff's motion for appointment of counsel without prejudice and directed Plaintiff to inform the Court via letter no later than August 1, 2021 regarding whether he has been able to locate counsel. (Doc. 48.) It appears that my prior order was sent to an incorrect address and never reached Plaintiff. Accordingly, it is hereby

      ORDERED that Plaintiff is directed to inform the Court via letter, no later than September 15, 2021, regarding whether he has been able to locate counsel. It is further

      ORDERED that the motion pending at docket no. 38 will be held in abeyance until September 15, 2021.

      The Clerk of Court is respectfully directed to mail a copy of this order to pro se Plaintiff, whose current address appears to be 28 Brooklyn Avenue, Valley Stream, NY 11581 (*see* Doc. 46). The Clerk of Court is also directed to update Plaintiff's address on the docket to the

aforementioned Valley Stream address.

Plaintiff is reminded that when his address changes while he is not represented by counsel, he must file a notice of change of address, using form IH-34, with the Court so that papers filed in this action may reach him.

SO ORDERED.

Dated:  August 12, 2021
        New York, New York

*Vernon Broderick* (signature)
VERNON S. BRODERICK
United States District Judge