```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
KARIM GOLDING,                                             :
                                                           :
                              Plaintiff,                   :
                                                           :         20-CV-8679 (VSB)
                     -against-                             :
                                                           :              ORDER
DHS/ICE, et al.,                                           :
                                                           :
                              Defendants.                  :
                                                           :
----------------------------------------------------------- X
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiff is proceeding in this action pro se and in forma pauperis.  The Court does not have a current address for Plaintiff on file, and Plaintiff has not made any filings in this action since June of this year.  (*See* Doc. 46.)  I previously directed Plaintiff to provide a status update to the Court regarding his attempts to find counsel to represent him, and I attempted to send notice to Plaintiff via the address he stated in his last filing.  (Doc. 49.)  That mailing to Plaintiff was returned as undeliverable and unable to be forwarded, and Plaintiff has failed to contact the Court concerning his case, including by updating his address.  Accordingly, it is hereby:

      ORDERED that the above-captioned action is dismissed for failure to prosecute without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated:    September 24, 2021  
             New York, New York

                                                     _____  
                                                   VERNON S. BRODERICK  
                                                   United States District Judge