RECEIVED
SDNY PRO SE OFFICE
2022 JAN 19 AM 10: 49

————————————————X

KARIM GOLDING,

          Plaintiff,

v.                                     20-CV-8679 (VSB)

                                       **MOTION TO REOPEN**

DHS/ICE, et al.,

          Defendants.

————————————————X

    I, Karim Golding, Pro se hereby respectfully request that this honorable Court reopen the above referenced case #.

    Plaintiff has not received my legal documents however Plaintiff intends provide this Court with an affidavit from the community organizers who are attempting to retrieve said property explaining what it has been like trying to retrieve Mr. Golding's property. It has seemed more hopeful that I would retrieve it soon than later and hence my delay in filing this motion. Being as I have not received my property I have no choice but to move forward with reopening this action.

## PRAYER FOR RELIEF

Plaintiff requests that this Court grant the instant request and Reopen this matter and set a reasonable briefing deadline.

Dated: January 14, 2022

Respectfully submitted,

Karim Golding

**APPLICATION GRANTED**
**SO ORDERED**
VERNON S. BRODERICK
U.S.D.J.   01/20/2022

Plaintiff must file a brief in opposition to the motion to dismiss his amended complaint by no later than February 25, 2022. Defendants will have 14 days from when Plaintiff files his opposition brief to file their reply brief.

The Clerk of Court is respectfully directed to update the Plaintiff's address on file with the Court to 205 Rockaway Ave., Valley Stream, NY 11580, as this is the address stated on Plaintiff's most recent filing. The Clerk of Court is further directed to mail a copy of this order to Plaintiff.

Plaintiff is cautioned that, in the future, he must file a notice of change of address form whenever his address changes. This form can be found on the Court's website at https://www.nysd.uscourts.gov/sites/default/files/changeofaddress.pdf.

## CERTIFICATE OF SERVICE

I, Karim Golding, pro se, hereby certify that on January 14, 2022, I caused to be filed the foregoing LETTER TO THE COURT/Motion to Reopen case # 20-CV-8679 (VSB) docket, and any exhibits and attachments thereto with the Clerk of the Court by Mail, and to Defendant(s) by FEDEX.

Dated: January 14 , 2022

Respectfully submitted,

*Karim Golding*
Karim Golding

